**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 2 5 2019

James N. Hatten, Clerk
By: _Angela J Knuitt_
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No.   1  19-CR-482 |
| CYPRAIN OGBA UKUDI | |

THE GRAND JURY CHARGES THAT:

### Counts One through Five
### Wire Fraud
### (18 U.S.C. § 1343)

1. Beginning in or about November 2018 and continuing until in or about June 2019, in the Northern District of Georgia and elsewhere, Defendant CYPRAIN OGBA UKUDI, aided and abetted by others unknown to the Grand Jury, devised and intended to devise a scheme and artifice to defraud, and for the purpose of obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material fact, knowing and having reason to know that the pretenses, representations, promises, and omissions were and would be material, and caused wire communications to be transmitted in interstate commerce in furtherance of the scheme.

## Background

2. Capital One Financial Corporation ("Capital One") is a bank holding company specializing in credit cards, home loans, auto loans, banking and savings products.  Individuals seeking credit cards from Capital One may apply for credit cards by telephone, internet, fax, and mail.

3. Moreland Motorsports is a domestic limited liability company located on Moreland Avenue in Conley, Georgia, and is registered with the State of Georgia, Secretary of State, Corporations Division.  Defendant UKUDI is the registered agent and organizer of Moreland Motorsports.

4. SunTrust Bank in Nashville, Tennessee maintains a business banking account ending 7367 for Moreland Motorsports, LLC.

5. Square, Inc. is a financial services, merchant services aggregator, and mobile payment company that allows accountholders to accept payment with a Square authorized card reader that allows accountholders to swipe credit and debit cards through the accountholder's mobile device.  Square, Inc. maintains servers in California and Virginia.

6. Defendant UKUDI is the accountholder for the Moreland Motorsports Square account.  Proceeds from Moreland Motorsports Square transactions are deposited into the SunTrust Bank account ending 7367.

### The Scheme and Artifice to Defraud

7. To obtain money and property that he was not entitled to, Defendant UKUDI, aided and abetted by others unknown to the Grand Jury, fraudulently obtained replacement Capital One credit cards that belonged to other people, and then used the credit cards to direct payments to a SunTrust bank account that he controlled.

### Manner and Means

8. Between in or about November 2018 and in or about June 2019, Defendant UKUDI and others unknown to the Grand Jury contacted Capital One fraudulently claiming to be legitimate Capital One credit card holders, and requested replacement Capital One credit cards.

9. As a result of the fraudulent requests for replacement cards, Capital One sent replacement credit cards to addresses Defendant UKUDI and others unknown to the Grand Jury controlled.

10. After receiving the replacement credit cards, Defendant UKUDI used them to process fraudulent payments to Moreland Motorsports, LLC.

11. In total, Defendant UKUDI stole over $130,000 from Capital One.

### Execution of the Scheme

12. On or about the dates listed below, in the Northern District of Georgia and elsewhere, Defendant UKUDI, aided and abetted by others unknown to the Grand Jury, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud, and for the purpose of obtaining money and

property by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material fact, knowing and having reason to know that the pretenses, representations, promises, and omissions of material fact were and would be material, with intent to defraud, caused the following wire communications to be transmitted in interstate commerce from Moreland Motorsports in Conley, Georgia, which is located in the Northern District of Georgia, to Square, Inc.'s servers in California and Virginia:

| Count | Date | Credit Card | Interstate Wire Communication |
|---|---|---|---|
| 1 | 12/20/18 | R.K.'s Capital One card ending 8712 | Square transaction authorizing a payment of $9,850 to Moreland Motorsports |
| 2 | 12/27/18 | S.H.'s Capital One card ending 2267 | Square transaction authorizing a payment of $9,850 to Moreland Motors |
| 3 | 12/28/18 | R.K.'s Capital One card ending 8712 | Square transaction authorizing payment of $9,965 to Moreland Motorsports |
| 4 | 01/02/19 | W.V's Capital One card ending 6734 | Square transaction authorizing a payment of $9,582 to Moreland Motorsports |
| 5 | 01/03/19 | J.C.'s Capital One card ending 5198 | Square transaction authorizing payment of $9,860 to Moreland Motorsports |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

4

## Counts Six through Nine
### Aggravated Identity Theft
### (18 U.S.C. § 1028A)

13. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 12 as if fully set forth herein.

14. On or about the dates listed below, in the Northern District of Georgia and elsewhere, Defendant CYPRAIN OGBA UKUDI, aided and abetted by others unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| Count | Date | Person | Felony Violation |
|-------|------|--------|------------------|
| 6 | 12/20/2018 to 12/28/2018 | R.K. | Wire fraud as alleged in Counts 1 and 3 of this Indictment |
| 7 | 12/27/2018 | S.H. | Wire fraud as alleged in Count 2 of this Indictment |
| 8 | 01/02/2019 | W.V. | Wire fraud as alleged in Count 4 of this Indictment |
| 9 | 01/03/2019 | J.C. | Wire fraud as alleged in Count 5 of this Indictment |

All in violation of Title 18, United States Code, Section 1028A and Section 2.

5

## Forfeiture Provision

15. Upon conviction of one or more of the offenses alleged in Counts One through Five of this Indictment, Defendant CYPRAIN OGBA UKUDI shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 982 (a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations.

16. If any of the property described above, as a result of any act or omission of a defendant:

   (a)  cannot be located upon the exercise of due diligence;

   (b)  has been transferred or sold to, or deposited with, a third party;

   (c)  has been placed beyond the jurisdiction of the Court;

   (d)  has been substantially diminished in value; or

   (e)  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

28, United States Code, Section 2461(c) and Title 18, United States Code, Section

982(b)(1).

A _____ TRUE _____ BILL

_____
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

DIANE C. SCHULMAN
  *Special Assistant United States Attorney*
Georgia Bar No. 497764

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181