IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL - 1 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

CYPRAIN OGBA UKUDI

Criminal Action No.

1:19-CR-482-LMM-RDC

**Motion to Cancel Arrest Warrant**

The United States of America, by Byung J. Pak, United States Attorney, and Diane C. Schulman, Special Assistant United States Attorney for the Northern District of Georgia, files this Motion to cancel arrest warrant issued for Cyprain Ogba Ukudi ("Defendant").

On November 25, 2019, a grand jury in the Northern District of Georgia indicted Defendant on 5 counts of wire fraud and 4 counts of aggravated identity theft. (Doc. 1). On December 9, 2019, Defendant had his initial appearance and arraignment. (Doc. 4). On December 10, 2019, Defendant was released after he posted a $25,000 property bond. (Doc. 9). Defendant has not violated any of the conditions of his pre-trial release.

On June 23, 2020, a grand jury in the Northern District of Georgia returned a superseding indictment. (Doc. 32) After the indictment was filed with the Court, an arrest warrant was issued. (Doc. 34). Defendant remains on bond and the Government does not seek to change or alter his conditions of release. The arrest warrant will not be executed. Pursuant to Rule 4(c)(4)(A), an unexecuted

warrant must be brought back to and canceled by a magistrate judge. *See* Fed. R. Crim. P. 4(c)(4)(A). As such, the Government respectfully requests that the arrest warrant be canceled.

## Conclusion

The Government moves this Court to cancel the unexecuted arrest warrant that was issued on June 23, 2020.

                                  Respectfully submitted,

                                  BYUNG J. PAK
                                    *United States Attorney*

                              /s/DIANE C. SCHULMAN
                                    *Special Assistant United States Attorney*
                              Georgia Bar No. 497764
                              Diane.schulman@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

                        Paul Kish

July 1, 2020

                        /s/ DIANE C. SCHULMAN
                        DIANE C. SCHULMAN
                        *Special Assistant United States Attorney*