IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:19-CR-00482-LMM-RDC |
| CYPRAIN UKUDI, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

This matter is before the Court on Defendant Cyprain Ukudi's Unopposed Motion to Continue Sentencing [83]. For good cause shown, the Motion is **GRANTED**. The sentencing hearing is hereby rescheduled for **Thursday, November 18, 2021 at 9:30 a.m.,** Courtroom 2107, 75 Ted Turner Dr. S.W., Atlanta, Georgia 30303.

**IT IS SO ORDERED** this 20th day of September, 2021.

_____
**Leigh Martin May**
**United States District Judge**